LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman (SBN: 216752)
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager (SBN 252114)
nbontrager@attorneysforconsumers.com
Suren N. Weerasuriya (SBN 278521)
sweerasuriya@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741; Fax:866-633-0228

BROSLAVSKY & WEINMAN, LLP
ZACK BROSLAVSKY, SBN 241736
zbroslavsky@bwcounsel.com
JONATHAN A. WEINMAN, SBN 256553
jweinman@bwcounsel.com
11755 Wilshire Blvd., Suite 1250
Los Angeles, CA 90025
Phone: 575-2550; Fax: 464-3550
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN KLAMM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SHORT TERM LOANS L.L.C. dba WWW.CASHWIRETODAY.COM, an Illinois limited liability company,<br><br>Defendant. | Case No. 8:14-cv-01188-DSF-FFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Dated: December 2, 2014          Respectfully Submitted,

                                              BROSLAVSKY & WEINMAN, LLP.

                                              By:     /s/ Zack Broslavsky
                                                     Zack Broslavsky
                                                     Attorneys for Plaintiff

Filed electronically on this 2nd day of December, 2014, with:

United States District Court CM/ECF system

And served by mail to:

Scott Hershman
Short Term Loans, L.L.C.
1400 E. Touhy Ave. Suite 108
Des Plaines, IL 60018
847-759-4565
847-759-8020 fax

Notification sent on this 2nd day of November, 2014, via the ECF system to:

Honorable Judge Dale S. Fischer
Judge of the United States District Court
Central District of California

By: s/Zack Broslavsky
      Zack Broslavsky